TD

08 C 1341

JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN



I247256 I-551 Rev. 05-09-17

The person identified by this card is authorized to work and reside in the U.S.

PERMANENT RESIDENT CARD

U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

# PERMANENT RESIDENT CARD

NAME XIA, JINGSONG



INS A# 076-676-950

Birthdate    Category    Sex
12/06/69      E26          M

Country of Birth
China, People's Republic of

CARD EXPIRES 12/16/08

Resident Since 03/18/98



C1USA0766769507LIN9801051818<<
6912060M0812168CHN<<<<<<<<<3
XIA<<JINGSONG<<<<<<<<<<<<<<<<