# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>April 02, 2003 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 076 676 950 |
| APPLICATION NUMBER<br>LIN*000541625 | RECEIVED DATE<br>March 24, 2003 | PRIORITY DATE<br>March 24, 2003 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

JINGSONG XIA
1044 EVERGREEN STREET
MUNDELEIN IL  60060

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**



To process your application, INS must take your fingerprints and have them cleared by the FBI. PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED. If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER<br>INS WAUKEGAN<br>25 SOUTH GREENBAY RD.<br>WAUKEGAN IL 60085 | DATE AND TIME OF APPOINTMENT<br>04/30/2003<br>09:00 AM |
|---|---|

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF:
1. YOU HAVE BEEN FINGERPRINTED WITHIN THE LAST 90 DAYS,
2. YOUR APPLICATION HAS ALREADY BEEN GRANTED, OR
3. YOU WERE UNDER 14 YEARS OF AGE OR OVER 79 (75 FOR NATURALIZATION APPLICANTS) AT THE TIME YOUR APPLICATION WAS FILED.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS WAUKEGAN
25 SOUTH GREENBAY RD.
WAUKEGAN IL 60085

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
LIN*000541625



### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 09/07/93) N

# DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: ___XIA___  ___JINGSONG___  _____  _____
         Last              First              Middle           Suffix

DATE OF BIRTH: _1969_  _12_  _06_  PHONE #: _847-566-6781_
                Year    Month  Day

PLACE OF BIRTH: ___CHINA___   SEX: (Male or Female) __MALE__

RACE: Check the most appropriate code below:

___ American Indian or Alaskan Native    ___ Black    ___ White (Hispanic also check)

_X_ Asian or Pacific Island              ___ Unknown

height: _5_ Feet _09_ Inches

weight: _150_ Pounds

EYE COLOR: Check the most appropriate code below:

___ Black  _X_ Brown  ___ Green  ___ Gray  ___ Pink  ___ Hazel  ___ Blue  ___ Maroon

hair COLOR: Check the most appropriate code below:

_X_ Black  ___ Bald  ___ White  ___ Sandy  ___ Red  ___ Gray  ___ Blonde  ___ Brown

COUNTRY OF CITIZENSHIP: _P.R. CHINA_

SOCIAL SECURITY NUMBER: _372_ -- _11_ -- _1376_

ALIEN REGISTRATION NUMBER: A _076-676-950_

LIST ANY OTHER NAMES YOU HAVE USED:

_____  _____  _____  _____
   Last              First           Middle        Suffix

RESIDENCE ADDRESS (List mailing address if different from residence):

_1044 EVERGREEN ST_  _____  _MUNDELEIN_  _IL_  _60060_
Street number and name   Apartment #     City       State   Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _N-400_

---

FD-258 Completed at BCIS/ASC: LOCAL AIW STAMP  
On: _4/30/03_ By: _827237_  
QC Check Completed By: _____