**U.S. Department of Justice**
**Immigration and Naturalization Service**

**Naturalization Interview Results**
**539 S. LaSalle St., Chicago, IL 53202**

A#: 076 676 950

08 C 1341

On 12/15/03, you were interviewed by INS Officer Piraka.

✓ You passed the English and U.S. history and government tests.

____ You passed the U.S. history and government test and the English language requirement was waived.

____ The Service accepted your request for a Disability Exception. You are exempt from the requirement to demonstrate English language and/or a knowledge of U.S. history and government.

____ You will be given another opportunity to be tested on your ability to ____ speak / ____ read / ____ write English.

____ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

____ Please follow the instructions on the Form N-14.

____ INS will send a written decision about your application to you.

____ You did not pass the second and final test of your ____ English ability / ____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400 application. INS will send a written decision about your application to you.

A) ✓ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ____ A decision cannot yet be made about your application.

It is very important that you:
√ Notify INS if you change your address.
√ Come to any scheduled interview.
√ Submit all requested documents.
√ Send any questions about this application in writing to the officer above. Include your full name, A number and a copy of this paper.
√ Go to any oath ceremony that you are scheduled to attend.
√ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99)

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**