**08 C 1341**



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Citizenship and Immigration Services
### Chicago District Office

## CONGRESSIONAL STATUS INQUIRY FORM

Is this your initial inquiry regarding this case? [X] Yes [ ] No          DATE: OCT. 02, 2005

### CORRESPONDENCE DETAILS:
Inquiry is being made on behalf of: [X] Applicant/Beneficiary [ ] Petitioner

A Number: 076 676 950

Name: XIA (Last)  JINGSONG (First)  M.I.

Mailing Address: 7 HARRINGTON CT.

Apt #:

City: HAWTHORN WOODS   State: IL

Zip Code: 60047   [ ] Please check if this is a new address

Daytime Phone Number: 847 530 6906

Country of Birth: P.R. CHINA   Date of Birth: DEC. 06, 69

Applicant is: [X] Male [ ] Female

Please fill out this section if a cover letter with letterhead is not attached:

Inquiry is from the office of Congressperson/Senator: Richard J. Durbin

Office Address:
Street: 230 S. Dearborn
Suite #: 3892
City: Chicago   State: IL   Zip: 60604
Phone No.: 312-353-4952
Fax No.: 312-353-0150
Staffer's name: Camille Dowdney

### CORRESPONDENCE INFORMATION
Class: **CONGRESSIONAL**

Type of Application (check one): [ ] Adjustment of Status  [X] Citizenship   Date application filed: March, 24, 2003

Form Filed: [ ] I-130 [ ] I-485 [ ] I-751 [ ] I-765 [ ] I-824 [ ] N-336 [X] N-400 [ ] N-565 [ ] N-600 [ ] N-643 [ ] Other: _____

Request reschedule for (check one): [ ] Interview  [X] Oath  [ ] Fingerprinting

Subject: I filed application for naturalization, form N400, on March 24, 2003, I had my fingerprinting cleared in April 2003, and I passed the naturalization interview on Dec. 15, 2003, but I never heard of anything afterwards. please speed up my application process for the last step.

**PRIVACY ACT RELEASE:**

I hereby authorize the office of Senator Durbin and their staff to make inquiry on my behalf to the office of the United States Citizenship and Immigration Services (USCIS). In order to respond to such inquiry, I understand it may be necessary to release information that, under the Privacy Act of 1974, cannot be released without my written consent. I am therefore consenting to the release of any information protected by the statute.

Signature: /s/ Jingsong Xia          Date: OCT. 02, 2005

PLEASE MAIL INQUIRIES TO: USCIS, 10 W. JACKSON BLVD., CHICAGO, IL. 60604 ATTN: CONGRESSIONAL UNIT

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**