RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

ASSISTANT DEMOCRATIC
LEADER

# United States Senate
Washington, DC 20510–1304

332 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1304
(202) 224–2152
TTY (202) 224–8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353–4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492–4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998–8812

durbin.senate.gov

October 21, 2005

Mr. Jingsong Xia
7 Harrington Court
Hawthorn Woods, IL 60047

**TD**

Dear Mr. Xia:

In response to Senator Durbin's inquiry on your behalf, we have received the enclosed reply from the Citizenship and Immigration Service.

Unfortunately, this may not be the response you had hoped to receive. The attached letter will be helpful in your understanding of this matter. We ask that you allow at least 90 days before requesting another inquiry by this office on the same matter.

If you have any further questions, or believe the Senator can provide assistance in other matters of federal concern, please do not hesitate to contact our office.

Very truly yours,

*Camille Dowdney*

Camille Dowdney
Senate Aide


Richard J. Durbin
United States Senator
230 South Dearborn Street
Suite 3892
Chicago, Illinois 60604
(312) 353-4952

**08 C 1341**　　　**JUDGE GOTTSCHALL**
　　　　　　　　　　**MAGISTRATE JUDGE ASHMAN**

U. S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, Illinois 60604

October 19, 2005



The Honorable Richard J. Durbin
United States Senator

Attention:  Camille Dowdney

Re:  A76 676 950 - Xia, Jingsong

Dear Senator Durbin,

United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Jingsong Xia.  Immigration records indicate that the FBI 'name check' for your constituent has not yet been completed.  USCIS may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results.  It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a name check clearance is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission.  If requesting an expedite processing of the name check your constituent must provide a written request with an explanation directed to the District Director for consideration. The FBI will only expedite the processing if the person is in the military, an 'age-out' or diversity (DV) lottery winner.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

Sincerely,

Michael M. Comfort
District Director

MMC:wac