The Honorable Senator Barack Obama
United States Congress
Attn: Jenna Pilat

This is in response to your inquiry dated March 5, 2007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Jingsong Xia A076-676-950. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

*[signature: Ruth A. Dorochoff]*

Ruth A. Dorochoff
District Director

BARACK OBAMA
ILLINOIS

COMMITTEES:
HEALTH, EDUCATION, LABOR AND PENSIONS
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS
FOREIGN RELATIONS
VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

March 30, 2007

Mr. Jingsong Xia
7 Harrington Court
Hawthorn Woods, Illinois 60047

Dear Mr. Xia:

Thank you for your recent letter to Senator Barack Obama about your pending immigration issue. I handle Immigration/Visa cases for the Senator and he has asked me to respond on his behalf.

I have contacted the U.S. Citizenship and Immigration Service (USCIS) on your behalf to inquire about the status of your case. A representative from USCIS reported back to me that your case is being held pending name check completion.

The September 11 terrorist attacks have forced USCIS to implement much more stringent background checks, and they often take up to two years to complete. Unfortunately, a final decision on your petition cannot be made until the national security check is completed by the Federal Bureau of Investigations (FBI) and they have contacted USCIS with the results. If you do not hear back from USCIS within three (3) months, please contact me again and I can inquire on your behalf.

I understand the frustration of enduring such long waits. However, I trust that the FBI and USCIS are working as quickly as they can given the security requirements and caseloads that they face. If you have additional information or concerns relative to this matter, please feel free to contact me at 312-886-3506.

Sincerely,

Jenna Pilat
Constituent Services Agent

Office of U.S. Senator Barack Obama
230 S. Dearborn, Suite 3900
Chicago, Illinois 60604

WASHINGTON OFFICE
713 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
OFFICE (202) 224-2854
FAX (202) 228-4260

CHICAGO OFFICE
230 S. DEARBORN
SUITE 3900
CHICAGO, IL 60604
OFFICE (312) 886-3506
FAX (312) 886-3514

SPRINGFIELD OFFICE
607 EAST ADAMS
SUITE 1520
SPRINGFIELD, IL 62701
OFFICE (217) 492-5089
FAX (217) 492-5099

MARION OFFICE
701 NORTH COURT STREET
MARION, IL 62959
OFFICE (618) 997-2402
FAX (618) 997-2850

MOLINE OFFICE
1911 52ND AVENUE
MOLINE, IL 61265
OFFICE (309) 736-1217
FAX (309) 736-1233