# Taiyyeba Safri

**From:** Taiyyeba Safri
**Sent:** Thursday, October 25, 2007 3:31 PM
**To:** 'CAO.PILOT@DHS.GOV'
**Subject:** AILA Inquiry
**Attachments:** G-28 and relevant docs.pdf

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**

Dear Mr. Blackwood,

Our office represents Mr. Jingsong Xia, A 76676950. Our signed G-28 is attached. Mr. Xia filed his N-400 application on 3/24/03. LIN*000541625; See attached file containing receipt notice. At his interview on 12/15/03, with Officer Piraka, he was recommended for approval. See attached. He has submitted multiple congressional inquiries regarding the status of his application. See attached. He has yet to receive a decision on his application in the form of an oath ceremony notification. Please proceed with approving his application for naturalization. Please be advised that our next step will be to seek a remedy in federal court if we do not receive a decision in a reasonably prompt period on his application that has been pending for over four years. Thank you for your immediate attention.

Taiyyeba Safri
Attorney at Law

LAW OFFICES OF
AZULAY, HORN & SEIDEN, LLC
205 North Michigan Avenue
40th Floor
Chicago, Illinois 60601
ph. 312.832.9200 x143
fx. 312.363.6143
www.ahslaw.com

10/25/2007

# Taiyyeba Safri

**From:** CAO PILOT [cao.pilot@dhs.gov]
**Sent:** Thursday, October 25, 2007 3:32 PM
**To:** Taiyyeba Safri
**Subject:** Out of Office AutoReply: AILA Inquiry

We have received your inquiry at USCIS Customer Assistance Office

We are happy to research your request for inquiry status. We will make every effort to provide you a response prior to or within 30-45 days. In addition, please allow at least 30-45 days after receiving our response before submitting another inquiry, if your issue has not been completely resolved.

Additionally, you can check the status of your case online by clicking the link <https://egov.immigration.gov/cris/jsps/index.jsp>. You can also find other useful information on our website such as processing dates for Field Offices and Service Centers and our numerous Fact Sheets "How do I..." series.

If you require assistance in obtaining forms, filing instructions or scheduling appointments with your local office, we invite you to contact the National Customer Service Center at 1-800-375-5283, or visit our web site at www.uscis.gov.

Thank you for your attention.

## Taiyyeba Safri

| | |
|---|---|
| **From:** | Taiyyeba Safri |
| **Sent:** | Thursday, October 25, 2007 2:53 PM |
| **To:** | 'CHI-ATTYINQR@dhs.gov' |
| **Subject:** | N-400 pending four years |
| **Attachments:** | G-28 and relevant docs.pdf |

Dear Mr. Blackwood,
Our office represents Mr. Jingsong Xia, A 76676950. Our signed G-28 is attached. Mr. Xia filed his N-400 application on 3/24/03. LIN*000541625; See attached file containing receipt notice. At his interview on 12/15/03, withOfficer Piraka, he was recommended for approval. See attached. He has submitted multiple congressional inquiries regarding the status of his application. See attached. He has yet to receive a decision on his application in the form of an oath ceremony notification. Please be advised that our next step will be to seek a remedy in federal court if we do not receive a decision in a reasonably prompt period on his application that has been pending for over four years. Thank you for your immediate attention.

Taiyyeba Safri
Attorney at Law

LAW OFFICES OF
AZULAY, HORN & SEIDEN, LLC
205 North Michigan Avenue
40th Floor
Chicago, Illinois 60601
ph. 312.832.9200 x143
fx. 312.363.6143
www.ahslaw.com

10/25/2007

## Taiyyeba Safri

**From:** CHI-ATTYINQR [chi-attyinqr@dhs.gov]
**Sent:** Thursday, October 25, 2007 3:02 PM
**To:** Taiyyeba Safri
**Subject:** Out of Office AutoReply: N-400 pending four years

Dear Attorney,

Please be advised that beginning November 1, 2006, the USCIS District Office began a pilot program with AILA for all attorney inquiries. Please send all inquiries, including this one, to CAO.PILOT@DHS.GOV with "AILA Inquiry" indicated in the subject line. Each inquiry must include a G-28 attachment. You will receive a survey questionnaire from them asking for your comments regarding the new system.

For address changes, please submit your request to CHI-ATTYINQR@DHS.GOV. In accordance to 8 C.F.R. sec 264.1 (f), every person over age 14 or who is a non-U.S. citizen or in "A" or "G" nonimmigrant status and seeking an immigration benefit is required to inform the USCIS of their current home address within ten days of the change by filing the AR-11 form at USCIS, P.O.Box 7134 London, Kentucky, 40742-7134 and calling the National Customer Service Center at 1-800-375-5283.