**Taiyyeba Safri**

| | |
|---|---|
| **From:** | CAO PILOT [cao.pilot@dhs.gov] |
| **Sent:** | Tuesday, December 11, 2007 2:34 PM |
| **To:** | Taiyyeba Safri |
| **Subject:** | RE: AILA Inquiry |
| **Attachments:** | CHI 2001.doc; Understanding the Immigration Security Process - US Department of State.htm; ExpediteNameChk022007.pdf; Customer Service Feedback (2).doc |

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**

**From:** Taiyyeba Safri [mailto:tsafri@ahslaw.com]
**Sent:** Thursday, October 25, 2007 4:31 PM
**To:** Pilot, Cao
**Subject:** AILA Inquiry

Dear Mr. Blackwood,
Our office represents Mr. Jingsong Xia, A 76676950. Our signed G-28 is attached. Mr. Xia filed his N-400 application on 3/24/03. LIN*000541625; See attached file containing receipt notice. At his interview on 12/15/03, withOfficer Piraka, he was recommended for approval. See attached. He has submitted multiple congressional inquiries regarding the status of his application. See attached. He has yet to receive a decision on his application in the form of an oath ceremony notification. Please proceed with approving his application for naturalization. Please be advised that our next step will be to seek a remedy in federal court if we do not receive a decision in a reasonably prompt period on his application that has been pending for over four years. Thank you for your immediate attention.

Taiyyeba Safri
Attorney at Law

LAW OFFICES OF
AZULAY, HORN & SEIDEN, LLC
205 North Michigan Avenue
40th Floor
Chicago, Illinois 60601
ph. 312.832.9200 x143
fx. 312.363.6143
www.ahslaw.com

This e-mail and any attachments thereto, is intended only for use by the named addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemin distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you received this e-mail in error please immediately notify the sender at the Law Offices of Azulay, Horn & Seiden, LLC by sending a reply e-mail or by ph the sender at 312.832.9200 and permanently delete the original copy and any copy of any e-mail, and any printout thereo Thank you.

3/5/2008

U.S. Department of Homeland Security
Washington, DC 20529



U.S. Citizenship
and Immigration
Services

HQ CIS 181/48.2-C

Dear Taiyyeba Safri:

Thank you for your correspondence dated October 25, 2007, to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

We have researched your client, Jingsong Xia's case to determine the status of his Form N-400, Application for Naturalization records reflect that the processing of his case has been delayed because the required investigation into his background is still in process. Until the background investigation is completed, we cannot move forward on his case.

Please understand that these background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Attached you will find two enclosures with detailed information regarding why the process exists, how it works, as well as the circumstances when the process can be expedited.

While an exact date for completion of his background check cannot be given at this time, we will make every effort to make a decision on this case as soon as the background checks are complete.

Taiyyeba Safri
Page 2

We appreciate your continued patience. If you need additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our website at www.uscis.gov.

Sincerely,


Sandra Bacote
Customer Assistance Office
Citizenship and Immigration Services

Enclosures: Fact Sheet: "Immigration Security Checks- How and Why the Process Works" USCIS Update: "USCIS Clarifies Criteria to Expedite FBI Name Check"

**CHI 2001 SB**