UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINGSONG XIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, et al., )<br>)<br>Defendants. ) | No. 08 C 1341<br><br>Judge Gottschall |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/ Kurt N. Lindland
           KURT N. LINDLAND
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-4163
           Kurt.Lindland@usdoj.gov

**CERTIFICATE OF SERVICE**

     The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

    **ATTORNEY DESIGNATION**

were served on March 13, 2008, pursuant to the district court's ECF system as to ECF filers.

                                          s/ Kurt N. Lindland
                                          KURT N. LINDLAND
                                          Assistant United States Attorney
                                          219 South Dearborn Street
                                          Chicago, Illinois 60604
                                          (312) 353-4163