IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jingsong XIA<br>A 76 676 950 | )<br>)<br>) | |
| Plaintiff, | )<br>) | Judge Gottschall,<br>Magistrate Judge Ashman |
| v. | )<br>) | 08 C 1341 |
| Michael CHERTOFF, Secretary of U.S.<br>Department of Homeland Security;<br>Michael MUKASEY, U.S. Attorney General;<br>Emilio T. GONAZALEZ, Director U.S.<br>Citizenship & Immigration Services;<br>Ruth DOROCHOFF, District<br>Director, Chicago, U.S. Citizenship &<br>Immigration Services; F. Gerard<br>HEINAUER, Director, Nebraska<br>Service Center; Robert S. MUELLER, III,<br>Director, Federal Bureau of Investigation. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

MOTION TO DISMISS
PETITION FOR HEARING ON NATURALIZATION APPLICATION

NOW COMES Plaintiff, Jingsong XIA, by and through his attorneys, AzulaySeiden Law Group, and requests the Court to dismiss the pending action for the following reasons:

1. On March 6, 2008, Plaintiff filed a Petition for Hearing on Naturalization Application with this Court alleging that Defendants had not conformed to their duty to compel action on Plaintiff's Application for Naturalization (hereinafter "N-400") properly filed on March 24, 2003, with the U.S. Citizenship and Immigration Services (hereinafter "USCIS").

2. Since the filing of the complaint, the USCIS has acted on the case by approving the N-400 (see Exhibit 1, Notice of Oath Ceremony).

3. That the underlying reason for filing this Petition for Hearing on Naturalization is now moot.

WHEREFORE, Plaintiff requests that the Petition for Hearing on Naturalization filed in this matter be dismissed.

    Respectfully submitted,
    Jingsong XIA


    By: /s/Taiyyeba Safri
    Y. Judd Azulay, Taiyyeba Safri
    Attorneys for Plaintiff
    AzulaySeiden Law Group
    205 N. Michigan Ave., 40th Floor
    Chicago, IL 60601
    312.832.9200

CERTIFICATE OF SERVICE

I, Taiyyeba Safri, hereby certify that on April 16, 2008, the attached Motion to Dismiss Complaint for Petition for Hearing on Naturalization Application was served upon counsel for Defendants via electronic delivery:

Kurt Lindland
Assistant U.S. Attorney
219 S. Dearborn Street
5th Floor
Chicago, IL 60604
Kurt.Lindland@usdoj.gov

/s/Taiyyeba Safri
Taiyyeba Safri
AzulaySeiden Law Group
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
312.832.9200