**Department of Homeland Security**
U.S. Citizenship and Immigration Services

OMB No. 1615-0054; Expires 06/30/07

# Form N-445, Notice of Naturalization Oath Ceremony

| | |
|---|---|
| A# | A076676950　　LIN*000541625 |
| Date | April 07, 2008 |

REPRESENTATIVE COPY

JINGSONG XIA
c/o TAIYYEBA SAFRI
AZULAY SEIDEN
40TH FL
205 MICHIGAN AVE
CHICAGO IL  60601

You are hereby notified to appear for a Naturalization Oath Ceremony on:

Wednesday, April 23 2008

at:  US DISTRICT COURT NORTHERN DISTRICT IL
219 S. DEARBORN, 25TH FL, RM 2525
CHICAGO, IL 60604
DIRKSEN FEDERAL BUILDING, ROOM: 2525, MAIN ENTRANCE

Please report promptly at    12:00 PM            .

**You must bring the following with you:**

- [x] This letter, WITH ALL THE QUESTIONS ON PAGE 2 ANSWERED.   TYPE OR PRINT ANSWERS IN BLACK INK.
- [x] Permanent Resident Card.
- [x] Reentry Permit or Refugee Travel Document.
- [x] Any Immigration documents you may have.
- [x] If the naturalization application is on behalf of your child (children), bring your child (children).
- [ ] Other.

**Proper attire should be worn.**

If you cannot come to this ceremony, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.

Form N-445 (Rev. 07/29/05)N